UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24981-LEIBOWITZ

**GERSON ELIAS OCAMPO FERNANDEZ**,

    *Petitioner*,

v.

**GARRETT RIPA,** *et al.*,

    *Respondents*.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court on Petitioner's Motion for Order to Show Cause and Expedited Consideration (the "Motion") [ECF No. 5], filed on November 3, 2025. Petitioner filed a Second Amended Petition for Writ of Habeas Corpus (the "Petition") that asserts Respondents lacked the authority to arrest and detain the Petitioner. [ECF No. 7 ¶ 1]. Petitioner is currently being detained by Respondent at Krome North Processing Center in Miami, Florida. [*Id.*]. In the Motion, Petitioner asks this Court to, *inter alia*, order Respondents to show cause for Petitioner's detention. [ECF No. 5 at 1].[1]

It is well-settled that a court has jurisdiction to consider a habeas corpus petition if the court has jurisdiction over the proper respondent to the petition. *See Campbell v. Wolf*, No. 20-cv-20768, 2020 WL 2109933, at *1 (S.D. Fla. Feb. 26, 2020) (Williams, J.) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004)). "The federal habeas statute straightforwardly provides that the proper respondent to a habeas petition is the person who has custody over the petitioner." *Id.* (cleaned up). That is, the

---

[1] Petitioner has asked the Court to consider the Petition as the opening brief for summary disposition for a writ of habeas corpus. [ECF No. 5 at 5].

proper respondent is the "immediate custodian" of the prisoner with the ability to produce the prisoner's body before the habeas court. *Id.* "A district court acts within its respective jurisdiction within the meaning of § 2241 as long as the custodian can be reached by service of process." *Id.* (alteration adopted) (quoting *Rasul v. Bush*, 542 U.S. 466, 478–79 (2004)).

There are several named Respondents in this case. Respondent Garrett Ripa is the Director of the Miami ICE Field Office and is Petitioner's "immediate custodian." [ECF No. 7 ¶ 8]. Because the Miami Field Office is located within the Southern District of Florida, Director Ripa is amenable to service of process. Accordingly, the Court has jurisdiction over the Petition and Director Ripa is a proper Respondent.

However, Respondents Kristi Noem, Pamela Bondi, and Todd Lyons are not the "immediate custodians" of Petitioner. [*See* ECF No. 7 ¶¶ 9–11]. Unlike Director Ripa, these other Respondents are solely supervisory officials and are alleged to be the "ultimate legal custodians" of Petitioner. [*Id.*]. Therefore, they must be dismissed from the case. *See Campbell*, 2020 WL 2109933, at *1; *see also Jarrett v. U.S. Att'y Gen.*, No. 23-20790-CIV, 2024 WL 4165273, at *1 n.1 (S.D. Fla. Feb. 7, 2024) (Singhal, J.) ("In cases involving present physical confinement, the Supreme Court reaffirmed . . . that 'the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent.'" (quoting *Rumsfeld*, 542 U.S. at 439)).

Upon due consideration, it is **ORDERED AND ADJUDGED** that the Motion [**ECF No. 5**] is **GRANTED**. It is further ORDERED and ADJUDGED as follows:

1. Respondent Garrett Ripa shall **SHOW CAUSE** in writing for Petitioner's detention and produce a copy of the full record of Petitioner's arrest, detention, removal proceedings, and any other documents necessary for the resolution of the Petition **no later than November 9, 2025**. *See* 28 U.S.C. § 2243 (stating that a response to an order to show cause "shall be returned within three days unless for good cause additional time, not

exceeding twenty days, is allowed"). Petitioner shall file a reply **no later than November 12, 2025**.

2. Petitioner shall provide Respondent Garrett Ripa's counsel with a copy of this Order **no later than November 6, 2025**, and shall file a notice with the Court certifying the same. Counsel for Respondent Garrett Ripa shall *immediately* notify the Court upon receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

3. The *Clerk* is *directed* to **DISMISS** Respondents Kristi Noem, Pamela Bondi, and Todd Lyons from this case.

**DONE AND ORDERED** in the Southern District of Florida on November 6, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record